

United States District Court
Eastern District of California

| CORY WILLIAMS, |
|---|

Plaintiff(s)

Case Number: | 2:23-CV-01757-JAM-DB |

V.

| THE HERTZ CORPORATION |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Josef S. Glynias__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

__Defendant The Hertz Corporation__

On __September 17, 2003__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Missouri__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __August 28, 2023__    Signature of Applicant: /s/ __Josef S. Glynias__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Josef S. Glynias |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 8001 Forsyth Blvd. |
| | Suite 1500 |
| City: | St. Louis   State: MO   Zip: 63105 |
| Phone Number w/Area Code: | (314) 480.1500 |
| City and State of Residence: | St. Louis, MO |
| Primary E-mail Address: | Joe.Glynias@huschblackwell.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Zain Zubair |
| Law Firm Name: | Husch Blacwell LLP |
| Address: | 355 South Grand Avenue |
| | Suite 2850 |
| City: | Los Angeles   State: MO   Zip: 90071 |
| Phone Number w/Area Code: | (213) 337.6583   Bar # 323273 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 28, 2023            /s/ John A. Mendez
                                  JUDGE, U.S. DISTRICT COURT